IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Thomas Bolick, et al.,** : | |
| Plaintiff, : | |
| v. : | CIVIL NO. 10-cv-5211 |
| : | |
| **DFS Services LLC,** : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 16th day of September 2011, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED** that:

1) Defendant's Motions to Dismiss [doc. no. 5] and for Summary Judgment [doc. no. 66] are hereby **GRANTED**; and

2) Plaintiff's Motion for Partial Summary Judgment [doc. no. 68] is **DENIED**; and

3) The following motions are dismissed as **MOOT:**

   a) Plaintiff's Motion for Leave to File [doc. no. 74]; and

   b) Plaintiff's Second Rule 60 Motion [doc. no. 78].

The Clerk of Court is directed to mark this case as **CLOSED**.

It is so ORDERED.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
HON. CYNTHIA M. RUFE